```
                       United States Bankruptcy Court
                             District of Arizona
In re:                                                          Case No. 18-05715-BMW
CYNTHIA DEIRDRE MCNULTY                                         Chapter 7
       Debtor                 CERTIFICATE OF NOTICE

District/off: 0970-4         User: admin             Page 1 of 1         Date Rcvd: Sep 25, 2018
                             Form ID: 318            Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2018.
```
db           +CYNTHIA DEIRDRE MCNULTY,    P.O. BOX 530,    BISBEE, AZ 85603-0530
15044651     +BYL Collections,    301 Lacey Street,    Floor 2,    West Chester PA 19382-3727
15044653     +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis MO 63179-0034
15100902      Southwest Gas Corporation,    PO Box 1498 - Attn: Bankruptcy Desk,    Victorville, CA 92393-1498
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           EDI: AZDEPREV.COM Sep 26 2018 05:13:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
15044650     +EDI: TSYS2.COM Sep 26 2018 05:13:00      Barclays Bank Delaware,    Attn: Correspondence,
               Po Box 8801,    Wilmington DE 19899-8801
15044652     +EDI: CHASE.COM Sep 26 2018 05:13:00      Chase Card Services,    Correspondence Dept,
               Po Box 15298,    Wilmington DE 19850-5298
15044654     +EDI: IIC9.COM Sep 26 2018 05:13:00      I C System Inc,    444 Highway 96 East,    P.O. Box 64378,
               St. Paul MN 55164-0378
15045932     +EDI: PRA.COM Sep 26 2018 05:13:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
15044655     +EDI: SWCR.COM Sep 26 2018 05:13:00      Southwest Credit Systems,    4120 International Parkway,
               Suite 1100,    Carrollton TX 75007-1958
15044656      EDI: WFFC.COM Sep 26 2018 05:13:00      Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
               Greenville SC 29606
                                                                                                TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2018 at the address(es) listed below:
          ALAN R SOLOT    on behalf of Debtor CYNTHIA DEIRDRE MCNULTY arsolot@gmail.com,
           notices@UpRightLaw.com
          SCOTT D. GIBSON    on behalf of Debtor CYNTHIA DEIRDRE MCNULTY ecf@sdglaw.net
          TRUDY A. NOWAK    trustee@tanowak.com,TAN@Trustesolutions.net,dkw@tanowak.com,amiller@bklaws.com
          U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 4
```

| | | |
|---|---|---|
| Debtor 1 | **CYNTHIA DEIRDRE MCNULTY** | Social Security number or ITIN **xxx–xx–5689** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of Arizona**

Case number:   **4:18–bk–05715–BMW**

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

CYNTHIA DEIRDRE MCNULTY

9/25/18                                                   **By the court:** Brenda Moody Whinery
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**